**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KENNETH P.,[1]

       Plaintiff,

v.                                                                                  No. 2:25-cv-00270-DHU-LF

FRANK BISGIANO,[2] Commissioner
of the Social Security Administration,

       Defendant.

**ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE
JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on February 18, 2026. Doc. 24. The PFRD notified the parties of their ability to file

objections within fourteen days, with an additional three days if service takes place by mail, and

that failure to do so waived appellate review. *Id*. at 7. On March 6, 2026, Plaintiff timely filed

objections to the Magistrate Judge's PFRD. Doc. 25.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a *de novo* review of the

record, including all parts of the Magistrate Judge's PFRD that have been properly objected to.

After conducting this review and having thoroughly considered the Magistrate Judge's PFRD

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

[2] On May 6, 2025, Frank Bisgiano was sworn in as Commissioner of Social Security. Consequently, Mr. Bisgiano has been "automatically substituted as a party." FED. R. CIV. P. 25(d). Because "[l]ater proceedings should be in [his] name," the Court has changed the caption of this case. *Id.*; *see also* 42 U.S.C. § 405(g) (stating that such an action "survive[s] notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").

and the objections, the Court finds no reason either in law or fact to depart from the Magistrate

Judge's conclusions.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Plaintiff's objections are OVERRULED; and

2. The Magistrate Judge's PFRD (Doc. 24) are ADOPTED.

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE